IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



AF HOLDINGS LLC,                    )
                                    )
            Plaintiff,              )
                                    )     Civil Action No. 1:12-cv-01256 (LMB/IDD)
v.                                  )     Civil Action No. 1:12-cv-01257 (LMB/IDD)
                                    )     Civil Action No. 1:12-cv-01258 (LMB/IDD)
JOHN DOE,                           )
                                    )
            Defendant.              )
_____   )


INGENUITY 13 LLC,                   )
                                    )
            Plaintiff,              )
                                    )
                                    )     Civil Action No. 1:12-cv-01254 (LMB/IDD)
v.                                  )     Civil Action No. 1:12-cv-01255 (LMB/IDD)
                                    )
JOHN DOE,                           )
                                    )
            Defendant.              )
_____   )


QUAD INTERNATIONAL, INC.,           )     Civil Action No. 1:12-cv-01252 (LMB/IDD)
d/b/a THE SCORE GROUP,              )     Civil Action No. 1:12-cv-01253 (LMB/IDD)
                                    )     Civil Action No. 1:12-cv-01259 (LMB/IDD)
            Plaintiff,              )     Civil Action No. 1:12-cv-01260 (LMB/IDD)
                                    )     Civil Action No. 1:12-cv-01261 (LMB/IDD)
v.                                  )     Civil Action No. 1:12-cv-01263 (LMB/IDD)
                                    )     Civil Action No. 1:12-cv-01264 (LMB/IDD)
JOHN DOE,                           )     Civil Action No. 1:12-cv-01265 (LMB/IDD)
                                    )     Civil Action No. 1:12-cv-01266 (LMB/IDD)
            Defendant.              )     Civil Action No. 1:12-cv-01267 (LMB/IDD)
_____   )     Civil Action No. 1:12-cv-01268 (LMB/IDD)
                                          Civil Action No. 1:12-cv-01273 (LMB/IDD)

1

## ORDER

THIS MATTER is before the Court on Plaintiff's Motions for Leave to Take Discovery Prior to Rule 26(f) Conference ("Motions"), specifically to serve a Rule 45 subpoena to identify John Doe. Upon review of the Motions, the Court finds that good cause exists for expedited discovery. Therefore, it is hereby

**ORDERED** that the Motions are **GRANTED**.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 20th day of November 2012.

_____ /s/_____
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia

2