UNITED STATES DISTRICT COURT
Eastern District of Virginia
Alexandria Division

Quad Int'l Incorporated

    Plaintiff,　　　　　　　　　　**Case No. 1:12cv1273; 1268; 1253**

v.

JOHN DOE

Defendant.

**PLAINTIFF'S WAIVER OF ORAL ARGUMENT**

Plaintiff waives oral argument on its previously filed motion for discovery.

                                        Respectfully submitted,

DATED: January 16, 2013

                                      By:　/s/ Timothy V. Anderson
                                      Timothy V. Anderson
                                      Anderson & Associates, PC
                                      2492 North Landing Rd Ste 104
                                      Virginia Beach, VA 23456
                                      757-301-3636 Tel
                                      757-301-3640 Fax
                                      timanderson@virginialawoffice.com
                                      *Attorney for Plaintiff*

CERTIFICATE OF MAILING

I CERTIFY that a true of copy of this notice was filed with this Court causing ECF notification to all parties consenting to notice by this Court.
.

                                              By:    /s/ Timothy V. Anderson
                                              Timothy V. Anderson
                                              Anderson & Associates, PC
                                              2492 North Landing Rd Ste 104
                                              Virginia Beach, VA 23456
                                              757-301-3636 Tel
                                              757-301-3640 Fax
                                              timanderson@virginialawoffice.com
                                              *Attorney for Plaintiff*